UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ERIC D. BROWNE | CIVIL ACTION NO. 07-1684 |
| VS. | JUDGE MELANÇON |
| ALBERTO GONZALES ET AL | MAGISTRATE JUDGE METHVIN |

**J U D G M E N T**

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the parties, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** Eric Browne's § 2241 petition is **DENIED AND DISMISSED without prejudice**.

Lafayette, Louisiana this 23rd day of May, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE